UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF VISTA,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>TELEKOM TRANSPORTATION, LLC,<br>*et al.*,<br><br>    Defendants/Counter-Claimants. | Case No.:  3:20-cv-00514-GPC-AHG<br><br>**ORDER SETTING SETTLEMENT<br>DISPOSITION CONFERENCE** |

On July 22, 2020, the parties reached a settlement agreement during the Early Neutral Evaluation Conference before the Honorable Allison H. Goddard. ECF No. 31. Accordingly, the Court **SETS** a telephonic Settlement Disposition Conference ("SDC") for **September 8, 2020** at **10:00 AM** before Judge Goddard.

Counsel shall call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to join the conference. If the parties file a joint motion to dismiss prior to the date of the SDC, the SDC will be vacated without further court order.

  **IT IS SO ORDERED.**

Dated:  July 23, 2020

         _____

Honorable Allison H. Goddard
United States Magistrate Judge