UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF VISTA,<br><br>            Plaintiff/Counter-Defendant,<br><br>v.<br><br>TELEKOM TRANSPORTATION, LLC, *et al.*,<br><br>            Defendants/Counter-Claimants. | Case No.: 3:20-cv-00514-AHG<br><br>**ORDER DENYING MOTION TO ENFORCE SETTLEMENT AGREEMENT AS MOOT**<br><br>[ECF No. 50] |

On May 5, 2022, the Court set a briefing schedule for Plaintiff/Counter-Defendant City of Vista ("Plaintiff") to file a motion to enforce the settlement agreement in this matter, based on its allegations that Defendants/Counter-Claimants were in breach of the agreement. ECF No. 49. Plaintiff timely filed the motion on May 23, 2022. ECF No. 50.

On June 2, 2022, Plaintiff filed a Notice of Withdrawal of its Motion to Enforce Settlement Agreement (ECF No. 51), in light of the parties' resolution of the disputes precipitating the motion. Accordingly, Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 50) is **DENIED as moot**, and the briefing schedule on the motion is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated:  June 2, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge